UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Adan DeLeon<br>    Plaintiff,<br><br>*versus*<br><br>Nueces County, *et al.*<br>    Defendants. | Civil Action: 2:21-CV-00143 |

# Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

Bobby Joe Benavides

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

CLERK OF COURT

DATED: April 25, 2022      By: _____
                                                 Deputy Clerk