UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ADAN DELEON | § |
| | § |
| VS. | §   CIVIL ACTION NO. 2:21-cv-00143 |
| | §   JURY TRIAL |
| | § |
| | § |
| NUECES COUNTY, TEXAS, and | § |
| BOBBY JOE BENAVIDES, Individually | § |

### NOTICE OF APPEARANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Defendant, Nueces County, Texas, and files its designation of lead counsel, and in support thereof, respectfully shows:

1. Defendant designates Nicole Reustle as lead counsel.

2. Nicole Reustle is a member in good standing with the State Bar of Texas and is admitted to practice before this Court.

3. Her Texas bar number is 24108474 and her Southern District of Texas admission number is 3543292. Her office information is: 901 Leopard St., Room 207, Corpus Christi, TX 78401; Telephone: (361) 888-0391; Facsimile: (361) 888-0577; and E-mail: nicole.reustle@nuecesco.com.

4. Nicole Reustle requests service of all communications from the Court.

Respectfully submitted,

JENNY P. DORSEY
NUECES COUNTY ATTORNEY

*/s/ Nicole Reustle*
Nicole Reustle

Assistant County Attorney
Southern District No. 3543292
State Bar No. 24108474
nicole.reustle@nuecesco.com

Matthew Dennis
Assistant County Attorney
Southern District No. 3676815
State Bar No. 24080168
matt.dennis@nuecesco.com
901 Leopard Street, Room 207
Corpus Christi, Texas  78401
Telephone: (361) 888-0391
Facsimile: (361) 888-0577

ATTORNEYS FOR NUECES COUNTY, TEXAS

## NOTICE OF ELECTRONIC FILING

I HEREBY CERTIFY that I submitted electronically for filing a true and correct copy of this document in accordance with the Electronic Case File System of the Southern District of Texas on May 10, 2022.

/s/ Nicole Reustle
NICOLE REUSTLE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served electronically via CM/ECF on May 10, 2022 as follows:

Christopher J. Gale
Amie Augenstein
GALE LAW GROUP, PLLC
P.O. Box 2591
Corpus Christi, Texas 78403

/s/ Nicole Reustle
NICOLE REUSTLE