IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **ADAN DELEON** § | |
| § | |
| **v.** § | **CIVIL ACTION NO. 2:21-cv-143** |
| § | **JURY** |
| **NUNECES COUNTY, TEXAS; and** § | |
| **BOBBY JOE BENAVIDES,** *Individually* § | |

**<u>PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW CONCENRING THE ENTRY OF JUDGMENT AGAINST BOBBY JOE BENAVIDES</u>**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**NOW COMES** Plaintiff, Adan DeLeon, filing this, his *Plaintiff's Unopposed Motion for Extension of Time to File Plaintiff's Proposed Findings of Facts and Conclusions of Law Concerning the Entry of Judgment Against Bobby Joe Benavides*, and showing unto the Court the following:

1. On February 2, 2023, this Court held a bench trial on Plaintiff's damages, during which the Court took testimony from Plaintiff (concerning his damages/injuries), as well as from Plaintiff's counsel (as to attorney's fees), and considered numerous exhibits which were entered as evidence. At the conclusion of same, the Court ordered Plaintiff to submit his proposed findings of facts and conclusions of law by February 16, 2023.

2. Apart from a very hectic case load both in the State and Federal courts, the undersigned has been specifically working on numerous depositions in a federal case pending before Judge Ramos, as well as an evidentiary hearing concerning Bobby Joe Benavides in another case before Judge Ramos. While the undersigned has begun the arduous process of completing the requested documents, the undersigned has also been battling a displaced rib and back problems stemming from same. As a result, the requested documents have not been completed.

3. Accordingly, the undersigned is requesting a four-day extension to file *Plaintiff's Proposed Findings of Facts and Conclusions of Law Concerning the Entry of Judgment Against Bobby Joe Benavides* to February 20, 2023.

4. The undersigned counsel has not contacted opposing counsel since no such counsel exist as to Defendant Benavides. Accordingly, the is motion is being filed as unopposed.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff respectfully prays that the Court grant his *Plaintiff's Unopposed Motion for Extension of Time to File Plaintiff's Proposed Findings of Facts and Conclusions of Law Concerning the Entry of Judgment Against Bobby Joe Benavides* and extend Plaintiff's time to file his *Plaintiff's Proposed Findings of Facts and Conclusions of Law Concerning the Entry of Judgment Against Bobby Joe Benavides* by four (4) days, making *Plaintiff's Proposed Findings of Facts and Conclusions of Law Concerning the Entry of Judgment Against Bobby Joe Benavides* due on or before February 20, 2023, and for further relief, either at law or in equity, to which he may be justly entitled.

Respectfully submitted,

GALE LAW GROUP, PLLC
525 Clifford Street
Corpus Christi, Texas 78404
Mailing Address:
P.O. Box 2591
Corpus Christi, Texas 78403
Telephone: (361)808-4444
Telecopier: (361)232-4139

By: /s/ *Christopher J. Gale*
Christopher J. Gale
Southern District Bar No. 27257
Texas Bar No. 00793766
Email: Chris@GaleLawGroup.com
*Attorney-In-Charge for Plaintiff*

By: /s/ *Amie Augenstein*
Amie Augenstein

Southern District Bar No. 2236723
Texas Bar No: 24085184
Email: Amie@GaleLawGroup.com
*Attorney for Plaintiff*

## NOTICE OF ELECTRONIC FILING

The undersigned counsel hereby certifies that he has electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas on the 16th day of February, 2023.

/s/ *Christopher J. Gale*
Christopher J. Gale

## CERTIFICATE OF NON-CONFERENCE

The undersigned counsel has not contacted opposing counsel since no such counsel exist as to Defendant Benavides. Accordingly, the is motion is being filed as unopposed.

*/s/ Christopher J. Gale*
Christopher J. Gale

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of February, 2023, the above and foregoing was sent to the following counsel of record by the means indicated below:

| | |
|---|---|
| Nicole Reustle<br>Jenny Dorsey<br>Nueces County Attorney<br>901 Leopard Street, Room 207<br>Corpus Christi, Texas 78401 | *Via E-file Notification* |
| Bobby Joe Benavides<br>505 Marie St.<br>Robstown, Texas 78380 | *Via First Class Mail* |

/s/ *Christopher J. Gale*
Christopher J. Gale

3